**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF WASHINGTON**

FILED
LODGED
RECEIVED

**MAIL**

APR 2 6 2024

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

BY _____ DEPUTY

EX PARTE MIKANDA

*(Plaintiff.)*

*v.*

Controversy of Sep. 26, 2007/Case №: _____

TOLL BROTHERS, INC

**2:24-cv-00587-RAJ**

WELLS FARGO & COMPANY

*(Defendants.)*

### EX PARTE COMPLAINT FOR FRAUD OF CONVEYANCES

¶ 11 Wells Fargo & Company and every person who received the property-deed of 103 Trotter Drive West, Wilmington, DE, USA, 19810, or any conveyance thereof, from Toll Brothers, knowing that the same is transferred or delivered to them in violation of, or with the intent to violate the Revised Code of Washington (RCW) 9.45.080, shall be guilty of a misdemeanor" *vis-à-vis* Neyembo Mikanda *who* had paid *for* the *above* house *in full* in 2007, in 4 installments, of Dec. 28, 2016 ($228,011.19), Jan. 2, 2007 ($250,000.00), May 5, 2007 ($480,911.32), and Jun. 19, 2007 ($211,918.90), which altogether add-up to US$1,170,841.41.

¶ 12 Venue of unlawful property-deed transfer was this State, at 999 3rd Ave, Seattle, WA 98104.

¶ 13 Jurisdiction, *or* "Official power to make legal decisions and judgments" is invoked in 6 averments, ¶¶14-19, *which* flow altogether *from* the *impending* trial, *which* was withdrawn:

¶ 14 The Filing Fee for this Civil Case, $405.00, is fully covered by a $400 Trillion Liability of the United States, which was declared in Trenton, New Jersey, in the Clerk's Office, through a judicial filing of May 20, 2021, which was never contested by the United States Government, or *its* Agencies; *and,* the time to contest it *has* expired; it cannot be extended.

Copyrighted © 2024 -- New Jersey University College of Public Synergies & Medicine                    -- TIN**-***9076

¶15    I, Neyembo Mikanda, hereby declare that I am the Ex Parte of the United States *which* disallowed *every* adversarial confrontation *against* me in the Stafford General District Court *during* the Ex Parte Proceedings, of VIRGINIA *v.* MIKANDA, Case № GC15021712-00, *which* involved the *same* Arrest Warrant of, USA *v.* MIKANDA, Case № 08-130-NLH, *which* was withdrawn, Aug. 14, 2017, and *which* was dismissed *at* Stafford, Nov. 13, 2015:

¶16    NOEL LAWRENCE HILLMAN's Judicial Decisions, and the Felonies, *which* he had entered against Neyembo Mikanda were *altogether* dismissed *by* JAMES BRUCE STRICKLAND, *a* Judge of Virginia, *pursuant* to a Constitutional Theory, *which* says, States, such as Virginia, can invalidate *any judicial decision*, which they deemed unconstitutional.

¶17    Every Learned Judge of this Court has the understanding that the above withdrawing of Court Trial, or Process, which accrued form SELL *v.* UNITED STATES (2003) 156 L.Ed.2d 197, paved the way for the foregoing Battle against the *above* Defendants, (which are named in Averments 7 and 8, *above*,) to be without any judicial Officer: Judge Hillman the Article III Judge, who has withdrawn the Trial Process *against* Neyembo Mikanda, is as if *all the* Article III Judges have *also* withdrawn *their* judicial Power *against* Ex Parte Mikanda.

¶18    He is immune *from* prosecution: Hillman the U.S. Judge made Title 18 of the U.S. Code inapplicable to the Controversy of Neyembo Mikanda, whom he disallowed the *same* "public trial," *about which* M.K. Lewis of the Justice Department issued and filed the "Certificate of Restoration of Competency to Stand Trial," June 29, 2017, from Butner Federal Prison, *to the* Cohen Building & U.S. Courthouse, *where* U.S. Courts' staff stole it.

¶19    He is immune from *every* adversarial adjudication and from Title 28 of the U.S. Code: His Arrest Warrant, *which* was issued by a U.S. Judge under *that* Code *did* cause him and his Company, Public Synergies Incorporated, *a* US$400,000,000,000,000.00 Property Loss, before it was dismissed *and* withdrawn, "because the thing" (immunity of Neyembo Mikanda) "is established by God," *and* God will always bring it to pass. (Genesis XLI, 32.)

Copyrighted © 2024 -- New Jersey University College of Public Synergies & Medicine

COUNT 1

On Sep. 26, 2007, Wells Fargo & Company compelled Photjana Kittipibul to sign new mortgage papers after she was invited to meet its employees there, in Seattle, Washington. The mortgage payments *which* they required from Photjana had been already paid-in-full *by* Neyembo Mikanda, at that time, *pursuant* to Averment 11, *which* is written hereinabove.

He met his lawyer. And he thereafter shipped to him *the above* mortgage papers, among other things.

When he went to the Headquarters of the Toll Brothers, in Fort Washington, Pennsylvania, Robert Irwin Toll was *dying* in a hospital. It was a rainy day *of* Oct. 7, 2022.

He wanted to discuss the content of a U.S. Certified Mail, which incriminated his action of requiring the same money, which was already paid to him and Bruce E. Toll, who knew fully-well, that every liability of Neyembo Mikanda for his House with Photjana was fully paid to their Company, *or* to a 3rd party (2nd payment only), as they had required it in 2007.

The niece of Irwin Toll was the contact person with whom Ex Parte Mikanda spoke on that rainy day, when she almost cried because her *own* father was on a dying bed *that* day. She said, "His name is Bob," after she was asked who the President of Toll Brothers was.

Neyembo Mikanda permitted her family to mourn in peace; but, he did not leave condolences, because he had also been grieving the loss of his documents *which* he had possessed for every transaction of the Development, which is named, Brandywine Hunts.

The culprit is the director who lives behind the house of Neyembo Mikanda and Photjana.

In 2015, Neyembo Mikanda went to speak with him.

He frowned because he intended to steal every record of the house, where he had slept with a woman who was not his wife.

Copyrighted © 2024 -- New Jersey University College of Public Synergies & Medicine                    -- TIN**-***9076

30    The wife was the physician. He brought a different one who was 10 years younger than him. Her name is Pam. Their sperm still stains the floor of the House we are talking about.

31    When he came from prison, he found the sex stain on his chapel's carpet: and the images, which he brought in that same house after he photographed them in North Carolina, in Virginia, in Washington DC, in Maryland, in Delaware, in Pennsylvania, in New Jersey, and in New York, became accursed: The seed of copulation which his neighbor and Pam Kliniewski of the Toll Brothers have left behind began fuming the House of Mikanda from the time of 9 PM to their exit time of 2 AM, during which his physician-woman and his girlfriend's mother who is also a Kliniewski always looked for them to return home safely.

32    Four months after he returned, his Judge caused him to be rearrested by the Virginia State Police, which replicated the Arrest Warrant of USA *v.* MIKANDA, *which* Hillman later stole after he was disallowed to put Neyembo Mikanda on Trial pursuant to SELL *v.* USA.

33    During the above illicit sex between 2 consenting adults, the neighbor of Neyembo Mikanda called his own wife who is a physician, 2 *or* 3 times: She called 3 times; he answered her 2 times, as if the House of Neyembo Mikanda reverted back to Toll Brothers, whose headquarters' employees fathered their offspring when they also destroyed every document, *which* evidenced the Mortgage-Free Home-Ownership of Neyembo Mikanda.

34    During their sex act, the 2 Toll Brothers' executives (Pam and her manager) envied the Mortgage-Free-House-of-Neyembo-Mikanda. And they also stole the Eagle which Neyembo Mikanda saw flying in his vision, which he wrote in his Bible, which is kept by the Chaplain of the Prison Camp of Elkton, Ohio.

35    His dream meant that the 5-foot wooden eagle would fly back to his Brandywine Hunt's House, *after* this Complaint will have been filed in this Court. (That dream was 1 of the 13 visions, *which* he saw *while* he was imprisoned at Elkton, Ohio, *in* Hotel Alfa (HA) in 2009.)

Copyrighted © 2024 -- New Jersey University College of Public Synergies & Medicine                    -- TIN**-***9076

36 (His neighbor stole it for his wife after he brought her to admire the house whose circular foyer is 40 feet high, with the best decorative lights, which are better than most other houses, which the Toll Brothers have built in Delaware, and in every other Development.)

37 He conspired with Pam Kliniewski who also had seduced Neyembo Mikanda *on* the phone *on pre-conveyancing day*: When she required 20% to be paid immediately, her *mens-rea* did betray her own guilty-mind in that day. But on construction-consulting-day, Photjana also showed up. She refused to identify herself. In her anonymity, Pam Kliniewski became estranged from Neyembo. When she decided to seduce her manager whose name is omitted, he became gullible. They came together. He went back to his house. She remained in the House of Mikanda. She called her mother. He joined with her. And, after their intercourse, they went to the same restaurant, *where* Mia Chen and Neyembo Mikanda ate a week before he departed for his imprisonment. Mia came often. She is the *most beautiful* Chinese woman of Cherry Hill, *whose* picture is not on the Internet.

38 (Their picture was taken at 7 PM *in the famous restaurant of* Cherry Hill Mall, New Jersey.)

39 It was taken without their consent, when they were entering the restaurant, May 30, 2008.

40 She sat against the wall; and, he faced her, while they feasted together, 2 weeks and a day before they jailed him *under* their false accusation of preparing a 1040-X of Michael Hardy.

41 He was always innocent in the eyes of the Law.

42 The Internal revenue Service of the U.S. Government (IRS) did fail to propound any Amended U.S. Individual Income Tax Return (1040-X) for Michael Hardy. They killed him thereafter.

43 The Toll Brothers and their managers and also their mortgage heirs duplicated their efforts unlawfully. The same mortgage company of Photjana was also the same mortgage company of Neyembo Mikanda as well.

Copyrighted © 2024 -- New Jersey University College of Public Synergies & Medicine                    -- TIN**-***9076

44    After Neyembo Mikanda has paid in full, they met together to speak about it.

45    And they decided to tell their Brandywine Association of Homeowners that Neyembo Mikanda no longer had any mortgage.

46    They also said they sold him the house for $10.00.

47    Everything they said was true, except the $10.00. US$1,170,841.41 was the sum of the payments, *which* he handed out to Toll Brothers between Dec. 28, 2006 and Jun. 19, 2007.

WHEREFORE, Neyembo Mikanda respectfully requests that Hillman, Noel Lawrence, who adjudicated a portion of the US$1,170,841.41 payment for the above House be brought to this Court in order to authenticate the same payment, which his friend, Matthew T. Smith, Assistant U.S. Attorney, declared during open court, *on* Jul. 15, 2008, *while* reading the *above* number from a Government's document, which sustained the largest single payment, which is indicated in Averment (*or* Section) 11, and also the belief system, *that said*, Neyembo Mikanda enriched himself, simultaneously maintained 2 separate households, and *also* built a mansion, *which* they photographed and also handed to *their* 12 jurors who looked at the Mikanda(s) as the wealthiest people *of this whole* world.

48    Henceforth, Hon. Ravi Subramanian the Clerk of this Court shall sustain every sum, *which* is herein indicated, *which* Neyembo Mikanda paid for the *above* mansion; that same sum of the monies, *which* he paid in 4 installments, shall be refunded *to* Neyembo Mikanda by Wells Fargo & Company; and, by the Toll Brothers, *separately,* every month throughout the months of the years, *which* span from 2007 through 2024: Each Defendant shall issue a check payable to: Neyembo Mikanda, by way of Averment 53, only 1 time, each of them.

Copyrighted © 2024 -- New Jersey University College of Public Synergies & Medicine                    -- TIN**-***9076

Faithfully Submitted,

Neyembo Mikanda, Ph.D., LLD, M.D., Ch.Sc.
c/o, Pastor Andes
End-time Message Tabernacle of Jesus Christ
3605 Bennett Drive
Bellingham, WA 98225

A Filed Copy of this **Ex Parte Complaint For Fraud of Conveyances** will be mailed by Clerk *of* Court, *to*: Dr. Photjana Kittipibul, 103 Trotter Drive West, Wilmington, DE 19810;

Another Copy of foregoing Complaint will be sent by the Court of Court, *to:* Toll Brothers Inc., Seattle Division Office, 8815 122nd Ave NE Suite 200, Kirkland, WA 98033;

And, another filed Copy of this Process will be sent *to:* Wells Fargo Bank, 999 Third Avenue, Suite 4000, Seattle, WA 98104, by the Clerk of Court, pursuant to a Letter hereto enclosed, respectfully.

Dated at Tacoma, Washington State, 4/23/24

U.S. Certified Mail® №: 9589 0710 5270 0447 6753 49.

Copyrighted © 2024 -- New Jersey University College of Public Synergies & Medicine                    -- TIN**-***907



